UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Christopher Lawrence Level  
    Carrie Margaret Level

        Debtor(s).

Chapter: 13  
Case Number: 09-73235  
Judge: Thomas J. Tucker

_____/

Christopher Lawrence Level  
Carrie Margaret Level

        Plaintiffs,

Adversary Case No. 10-05081

v.

Mortgage Electronic Registration Systems, Inc. a Delaware Corporation  
and Green Tree Servicing LLC a Florida Corporation  
individually and severably

        Defendant(s).

_____/

## PROOF OF SERVICE

    Armand Matte certifies that that on April 2, 2010, he served a copy of Summons, Complaint and Chapter 13 Plan to:

Christopher Level  
Carrie Level  
31194 Golden Oak Drive  
Chesterfield, MI 48074

Tammy Terry  
535 Griswold  
Ste 2100  
Detroit, MI 48226

Green Tree Servicing  
3500 American Boulevard West  
Minneapolis, MN 55431  
(CERTIFIED MAIL)

Green Tree Servicing LLC  
PO Box 6154  
Rapid City, SD 57709-6154  
(CERTIFIED MAIL)

Green Tree Servicing LLC  
Attn: Brian F. Corey  
300 Landmark Towers  
345 St. Peter  
St.Paul, MN 55102  
(CERTIFIED MAIL)

Green Tree Servicing LLC  
Attn: Cheryl A. Collins  
300 Landmark Towers  
345 St. Peter  
St.Paul, MN 55102  
(CERTIFIED MAIL)

Mortgage Electronic Registration

Attn: President RK Arnold
1818 Library St.
Ste. 300
Reston, VA 20190
(CERTIFIED MAIL)

Mortgage Electronic Registration Systems, Inc.
Servicing Agent
3300 S.W. 34th Ave.
Ste. 101
Ocala, FL 34474-7448
(CERTIFIED MAIL)

Mortgage Electronic Registration Systems, Inc.
Attn: Sharon Horstkamp
Registered Agent
1818 Library St. Ste. 300
Reston, VA 20190
(CERTIFIED MAIL)

Green Tree Servicing
CT Corp System Registered Agent
1200 South Pine Island Rd.
Plantation, FL 33324
(CERTIFIED MAIL)

Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage paid.

/s/ Armand Matte
Armand Matte Paralegal
Jaafar & Mahdi Law Group, P.C.
23400 Michigan Ave.
Dearborn, MI 48124
313-846-6400